**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | : | No. 319 MAL 2019 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SEAN GALLAGHER AND HAIRONG WANG, | : | |
| | : | |
| Petitioners | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.